RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Alexander Scott Derringer

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALEXANDER SCOTT DERRINGER,<br><br>　　　　Defendant. | Case No. 2:23-cr-00039-JCM-NJK<br><br>**STIPULATION TO CONTINUE MOTION DEADLINES AND TRIAL DATES**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Alexander Scott Derringer, that the calendar call currently scheduled for May 3, 2023 at 1:30 p.m., and the trial scheduled for May 8, 2023 at 9:00 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than ninety (90) days.

　　　　IT IS FURTHER STIPULATED AND AGREED, that the parties herein shall have to and including July 3, 2023, to file any and all pretrial motions and notices of defense.

　　　　IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including July 17, 2023, to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including July 24, 2023, to file any and all replies to dispositive motions.

The Stipulation is entered into for the following reasons:

1. Counsel for the defendant received discovery on April 4, 2023, and needs time to review the discovery, investigate the charge, determine whether any pretrial motions should be filed, and discuss possible defenses with her client.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and completely investigate the discovery materials provided.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

This is the first stipulation to continue filed herein.

DATED this 5th day of April 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| /s/ Nisha Brooks-Whittington<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | /s/ Supriya Prasad<br>By_____<br>SUPRIYA PRASAD<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALEXANDER SCOTT DERRINGER,<br><br>    Defendant. | Case No. 2:23-cr-00039-JCM-NJK<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the defendant received discovery on April 4, 2023, and needs time to review the discovery, investigate the charge, determine whether any pretrial motions should be filed, and discuss possible defenses with her client.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and completely investigate the discovery materials provided.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section § 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), (iv).

## ORDER

IT IS THEREFORE ORDERED that the parties herein shall have to and including July 3, 2023, to file any and all pretrial motions and notice of defense.

IT IS FURTHER ORDERED that the parties shall have to and including July 17, 2023, to file any all responses.

IT IS FURTHER ORDERED that the parties shall have to and including July 24, 2023, to file any and all replies.

IT IS FURTHER ORDERED that trial briefs, proposed voir dire questions, proposed jury instructions, and a list of the Government's prospective witnesses must be electronically submitted to the Court by the **Calendar Call.**

IT IS FURTHER ORDERED that the calendar call currently scheduled for May 3, 2023, at 9:00 a.m., be vacated and continued to **August 2, 2023, at 1:30 p.m.**; and the trial currently scheduled for May 8, 2023, at 9:00 a.m., be vacated and continued to **August 7, 2023, at 9:00 a.m.**

DATED April 5, 2023.

_____
UNITED STATES DISTRICT JUDGE

4