```
_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
              COUNSEL/PARTIES OF RECORD

              JUN - 5 2024

         CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
    BY:_____ DEPUTY
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:23-CR-039-JCM-NJK |
| Plaintiff, | **Preliminary Order of Forfeiture** |
| v. | |
| ALEXANDER SCOTT DERRINGER, | |
| Defendant. | |

This Court finds Alexander Scott Derringer pled guilty to Count One of a Two-Count Criminal Indictment charging him with distribution of child pornography in violation of 18 U.S.C. § 2252A(a)(2). Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 31; Plea Agreement, ECF No. 32.

This Court finds Alexander Scott Derringer agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 31; Plea Agreement, ECF No. 32.

This Court finds, under Fed. R. Crim. P. 32.2(b)(1) and (b)(2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and the offense to which Alexander Scott Derringer pled guilty.

The following property is any visual depiction described in 18 U.S.C. § 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of 18 U.S.C. § 2252A(a)(2) and any property, real or personal, used or intended to be used to commit or to promote the commission of 18 U.S.C. § 2252A(a)(2) or any property

1  traceable to such property and is subject to forfeiture under 18 U.S.C. § 2253(a)(1) and

2  2253(a)(3):

3         1.  a Black Samsung S9 cell phone IMEI: 359943090337104; and

4         2.  a blue Samsung Galaxy S9 cell phone IMEI: 355028090729106

5  (all of which constitutes property).

6       This Court finds that on the government's motion, the Court may at any time enter

7  an order of forfeiture or amend an existing order of forfeiture to include subsequently

8  located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

9       This Court finds the United States of America is now entitled to, and should, reduce

10  the aforementioned property to the possession of the United States of America.

11       NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND

12  DECREED that the United States of America should seize the aforementioned property.

13       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory

14  rights, ownership rights, and all rights, titles, and interests of Alexander Scott Derringer in

15  the aforementioned property are forfeited and are vested in the United States of America

16  and shall be safely held by the United States of America until further order of the Court.

17       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States

18  of America shall publish for at least thirty (30) consecutive days on the official internet

19  government forfeiture website, www.forfeiture.gov, notice of this Order, which shall

20  describe the forfeited property, state the times under the applicable statute when a petition

21  contesting the forfeiture must be filed, and state the name and contact information for the

22  government attorney to be served with the petition, under Fed. R. Crim. P. 32.2(b)(6).

23  Notice is served on any individual or entity on the date when it is placed in the mail,

24  delivered to a commercial carrier, or sent by electronic mail under Fed. R. Crim. P.

25  32.2(b)(6)(D) and Supplemental Rule G(4)(b)(iii)-(v).

26       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual

27  or entity who claims an interest in the forfeited property must file a petition for a hearing to

28  adjudicate the validity of the petitioner's alleged interest in the property under 21 U.S.C. §

Case 2:23-cr-00039-JCM-NJK   Document 30   Filed 05/03/24   Page 3 of 3

1   853(n)(2), which petition shall be signed by the petitioner under penalty of perjury under 21

2   U.S.C. § 853(n)(3) and 28 U.S.C. § 1746, and shall set forth the nature and extent of the

3   petitioner's right, title, or interest in the property, the time and circumstances of the

4   petitioner's acquisition of the right, title or interest in the property, any additional facts

5   supporting the petitioner's claim, and the relief sought.

6         IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any,

7   must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas,

8   Nevada 89101, within thirty (30) days of the final publication of notice on the official

9   internet government forfeiture site, www.forfeiture.gov, or his receipt of written notice,

10  whichever is earlier.

11        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the

12  petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States

13  Attorney's Office at the following address at the time of filing:

14            Daniel D. Hollingsworth
          Assistant United States Attorney

15            Misty L. Dante
          Assistant United States Attorney

16            501 Las Vegas Boulevard South, Suite 1100
          Las Vegas, Nevada 89101.

17

18        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice

19  described herein need not be published in the event a Declaration of Forfeiture is issued by

20  the appropriate agency following publication of notice of seizure and intent to

21  administratively forfeit the above-described property.

22        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send

23  copies of this Order to all counsel of record.

24        DATED June 5, 2024, 2024.

25

26

27                      JAMES C. MAHAN
                    UNITED STATES DISTRICT JUDGE

28