JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
AFROZA YEASMIN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Afroza.Yeasmin@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>Alexander Scott Derringer,<br><br>  Defendant. | Case No. 2:23-cr-00039-JCM-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING** |

It is hereby stipulated and agreed, by and between Jason M. Frierson, United States Attorney, through Afroza Yeasmin, Assistant United States Attorney, representing the United States of America, and Nisha Brooks-Whittington, Assistant Federal Public Defender, representing Defendant Alexander Scott Derringer, that the sentencing currently scheduled for September 16, 2024 at 10:00am be vacated and continued to a date and time convenient to the Court, but no earlier than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. The current setting for sentencing, September 16, 2024, at 10:00am, is the first scheduled date for sentence since defendant pled guilty on June 5, 2024.

2. The assigned attorney for the government will be out of the district on work related travel between September 9, 2024 through September 23, 2024.

3. It is necessary for the assigned attorney for the government to be present at sentencing given the specific facts and circumstance of the instant matter.

4. The defendant is not incarcerated and does not object to the continuance,

5. The parties agree to the continuance.

DATED this 17th day of July, 2024

JASON M. FRIERSON
United States Attorney

By: /s/ *Afroza Yeasmin*　　　　　　　　By: /s/ *Nisha Brooks-Whittington*
AFROZA YEASMIN　　　　　　　　　　　Nisha Brooks-Whittington, ESQ.
Assistant United States Attorney　　　　　Counsel for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALEXANDER SCOTT DERRINGER,

    Defendant.

Case No. 2:23-cr-00039-JCM-NJK

**ORDER**

Based on the stipulation and good cause appearing:

IT IS ORDERED that the sentencing hearing currently scheduled for Monday, September 16, 2024 at 10:00am be vacated and continued to **September 30, 2024, at 10:00 a.m.**

DATED July 19, 2024.

_____
UNITED STATES DISTRICT JUDGE

3