# EXHIBIT "A"

# EXHIBIT "A"

To the Honorable Judge James C. Mahan

My name is Alexander Derringer and I am sharing my statement with you today to show remorse and accountability for my actions regarding case 2:23-CR-039-JCM-NJK. I hope this statement provides you with information in regards to what I have done, what I am doing to better myself, and what I will do in the future to become a better person in society.

I would like to begin by apologizing to the court, my family, friends, the United States, and especially victims of my actions. What I have done was abhorrent and I take full responsibility for what had transpired. There is no excuse for what I did and I do not intend to make excuses. I am asking for mercy in your ruling as I have taken many steps to right the wrongs of my transgression.

I would like to describe my character to you to show that I can fix my wrongdoing and re enter society as a productive citizen. I graduated from Rancho High School in 2005 and obtained my bachelor's degree in 2018. I will continue to seek higher education in my future to help better support myself and others. I worked as a missionary in the country of Cambodia from October of 2013 to April of 2014. In the year of 2016, my daughter E▓▓▓ was born and was eventually diagnosed with Autism. Since her birth, I have always supported my family and provided my daughter with her unique needs and I plan to continue providing for her in the future. I have a great relationship with E▓▓▓'s mother and plan on being a supportive presence in their lives.

I have a positive relationship with my parents and brother including my daughter and her mother. My mother has a physical disability that requires her to use crutches and a wheelchair. For my entire life I have supported her along with my family in providing transportation, support in her home, and help with her job. I plan on staying with my family upon release and will support their needs to strengthen our relationship.

Since I was approached by police in regard to the incident I have taken many steps to seek help for what I have done. I have attended therapy sessions and sought out work to keep supporting my daughter E▓▓▓ and her mother. I will continue seeking help and therapy as long as I live in order to be a better person and father. I am currently taking medication to help with my anxiety and depression in hopes of improving my day to day life. I am going to continue to seek out ways to be a better person and father to my daughter.

During my time living with my family while out on bond I have attended therapy, sought help with a Psychiatrist, and have followed all the rules imposed by the court. I have a positive relationship with my pretrial officer and have given him respect as well as courtesy in order to meet the needs of the court. I am taking everything I have learned from this situation to heart and will continue to learn as long as I live.

Sincerely,
Alexander Derringer