# EXHIBIT "B"

# EXHIBIT "B"

Dear Judge Mahan,

I am writing to share my experience with Alexander Derringer as a father and to highlight the many strong character traits he brings to his role as a parent. From the moment our daughter, E▮▮▮, was born, Alexander has been a dedicated and loving father, especially given E▮▮▮'s unique needs as a child with autism.

Alexander is an organized, protective, and honest individual. He is deeply committed to providing E▮▮▮ with the stability and support she needs. His caring and patient nature have been instrumental in helping her grow and make progress in areas that are often challenging for children with autism. With his help, E▮▮▮ has learned to talk more, and her anxiety diminishes when he is around. His presence gives her a sense of calm and security that allows her to thrive.

Alexander has always been supportive of E▮▮▮'s therapies, attending sessions and ensuring she has the resources she needs for her development. E▮▮▮ has many needs, and he has been there for her every step of the way, providing both emotional and practical support. It is clear that he is not only dedicated to her well-being but is also deeply committed to being an active and involved father.

In addition to his role as a parent, Alexander has a strong sense of responsibility and care for others. Before becoming a father, he even did missionary work in Cambodia, which speaks to his compassion and dedication to helping those in need. These qualities extend into his role as a parent, where he has consistently shown a selfless and supportive attitude. We need him.

Since Alexander left, E▮▮▮ and I have truly felt the void of his absence. ▮▮▮'s progress and sense of peace have been deeply affected. Three weeks after Alexander went on house arrest at his parents house there was an instance when E▮▮▮ became frightened by a dog, and in trying to calm her, I fell and shattered my elbow. It will never be the same. This situation underscored how much E▮▮▮ depends on Alexander's presence for her emotional stability and safety.

Alexander is irreplaceable in ▮▮▮'s life. His support is essential to her continued development, and I believe that without him, E▮▮▮ will miss out on the stability and guidance that he has always provided. In return, I will always be there to support Alexander when needed.

Thank you for taking the time to consider my words.

Sincerely,
Katie Sinksen

*Kat S.*

E▮▮▮'s parent