# EXHIBIT "C"

# EXHIBIT "C"

Scott and Christine Derringer

Henderson, NV 89074

-6409

To the Honorable Judge James C. Mahan

We are writing as a character reference for Alexander Derringer regarding his case, 2:23-CR-039-JCM-NJK, now before you. We are the parents of Alexander Derringer, and we would like to present you with information regarding the character of our son.

Alex has always been a kind and gentle person and has never before been in trouble of any kind. He is a hard worker and has consistently held a job from the time he was 17 to the present. He has always previously worked in careers that involved caring for others and has always shown compassion for the people that he has worked with. He is a devoted husband and a great father to his daughter. He is the father of an autistic daughter and shows great patience and compassion while raising her. Even through this ordeal his ex-wife has stood by him and supported him because of his devotion to his family.

Through this unfortunate incident I have seen him show great remorse and has sought counseling to help him understand what brought him to this point and how to correct his path. He has rigidly adhered to the conditions of his house arrest and has had good reports from his pre-trial officer.

I can assure you that he has the support of his entire family, and we will all stand by him upon completion of his sentence to assure his success. He has a strong support system, and we are dedicated to assuring his success throughout his incarceration and upon return to society as well as providing him with a place to live and financial support until he is able to obtain a job. I would kindly ask for you to show leniency and mercy with his sentencing due to his past clean record, and his dedication to recovery now and upon release from prison. An extended sentence would be detrimental to the development of his daughter as she becomes anxious and relies on him for emotional support.

I am fully aware of the gravity of Alex's actions that led to his current legal challenges. However, I firmly believe in his genuine remorse and determination to amend the consequences of his actions. His positive attributes and contributions to the community, alongside the efforts he has made towards personal growth, deserve consideration in your deliberations.

I am convinced that Alex understands the seriousness of his actions and is earnest in his intention to move forward in a positive and responsible manner. It is with respect for your judgment and the legal process that I kindly request you to consider Alexander's potential for rehabilitation and the positive strides he has already taken.
Thank you for your attention to this letter. We are willing to provide further information or discuss Alexander's character and the circumstances in more detail should you find it necessary.

Sincerely,

Scott and Christine Derringer