# EXHIBIT "D"

# EXHIBIT "D"

The Honorable Judge James C. Mahan
Lloyd D. George U.S. Courthouse
333 Las Vegas Blvd. South
Las Vegas, NV 89101

Dear Judge Mahan,

I hope this letter finds you well. My name is Ryan Smith, and I have had the privilege of knowing Alexander Derringer for 8 years. I am writing to you today to provide a personal characterization of Alexander, whom I consider not only a close friend but also one of the most dedicated, hardworking, and generous individuals I have ever known.Alexander is the embodiment of what it means to go above and beyond in every aspect of his life. Whether it's his work, his family, or his friends, he consistently gives more than what is expected or required. His work ethic is exemplary—he tackles challenges with perseverance and always aims for excellence. Alexander doesn't just meet expectations; he surpasses them, bringing enthusiasm and energy into everything he does.

As a father, Alexander is nothing short of extraordinary.  He is deeply dedicated to his child, E███, and consistently puts her  well-being and happiness above all else. His love and commitment to his family are evident in the time and effort he put into being a caring, present, and supportive parent. He sets an admirable example for his children through his kindness, honesty, and strong sense of responsibility.Beyond his role as a father and professional, Alexander is one of the kindest and most generous people I know. He consistently offers his time and energy to those around him, whether it's helping a friend in need, volunteering in the community, or simply being a source of unwavering support. He does this not for recognition, but because it is simply who he is—a person who genuinely cares for others and strives to make a positive impact on those around him.

In short, Alexander Derringer is a man of integrity, hard work, and immense kindness. He is a devoted father, a loyal friend, and a person who always puts the needs of others first. I am confident that anyone who has the pleasure of knowing him would agree that he is an asset to his family, his community, and all who know him.Thank you for taking the time to consider my words. I hope that my letter provides some insight into the character of Alexander Derringer.

Sincerely,
Ryan Smith